BENJAMIN B. WAGNER
United States Attorney
MATTHEW D. SEGAL
Assistant United States Attorneys
501 I Street, 10th Floor
Sacramento, California 95814
Telephone: (916) 554-2708

FILED

JUN - 9 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,           )  Case No.  CR. S-11-00234 FCD
                                    )
            Plaintiff,              )  [PROPOSED] ORDER
                                    )
        v.                          )
                                    )
STEVEN ZINNEL, and                  )
DERIAN EIDSON,                      )
                                    )
            Defendants.             )
_____)

ORDER

Upon application of the Government, and good cause appearing therefore, IT IS HEREBY ORDERED that the arrest warrant, indictment, petition to seal, sealing order, and any other documents sealed pursuant to the Court's June 8, 2011, order for the captioned matter be UNSEALED.

Date: June 9, 2011

_____
HONORABLE KENDALL J. NEWMAN
United States Magistrate Judge