UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

**FILED**
June 14, 2011
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
_____
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                                          )<br>            Plaintiff,            )<br>v.                                      )<br>                                          )<br>STEVEN ZINNEL,               )<br>                                          )<br>            Defendant.          ) | CASE NUMBER: 2:11-CR-0234 FCD<br><br>ORDER FOR RELEASE<br>OF PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>Steven Zinnel</u>; Case <u>2:11-CR-0234 FCD</u> from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

   <u>X</u>   Unsecured Appearance Bond in the amount of $250,000.00, co-signed by Ardith Ferris and a $150,000.00 unsecured appearance bond co-signed by David and Jennifer Zinnel, to be filed by 6/15/2011, and will be replaced by the collateral bond once filed.

   <u>X</u>   Collateral Bond in the mount of $250,000 secured by equity in real property owned by Ardith Ferris; $150,000 collateral bond secured by equity in real property owned by David and Jennifer Zinnel. Secured bond paperwork to be filed by 6/20/2011.

   <u>X</u>   (Other) <u>Pretrial Supervision/Conditions.</u>

Issued at <u>Sacramento, CA</u> on _____<u>6/14/2011</u>_____ at _____.

By _____
Kendall J. Newman
United States Magistrate Judge