THOMAS A. JOHNSON, #119203
Law Office of Thomas A. Johnson
400 Capitol Mall, Suite 1620
Sacramento, California 95814
Telephone: (916) 422-4022
Attorney for Defendant Steven Zinnel

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: 2:11-cr-00234-FCD |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER TO |
| ) | CONTINUE STATUS CONFERENCE |
| vs. ) | |
| ) | Date: September 12, 2011 |
| STEVEN ZINNEL, and ) | Time: 10 a.m. |
| DERIAN EIDSON, ) | Judge: Hon. Frank C. Damrell, Jr. |
| ) | |
| Defendants. ) | |

**IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that the Status Conference scheduled for August 15, 2011 at 10 a.m. is continued to September 12, 2011 at 10 a.m. in the same courtroom. Matthew D. Segal, Assistant United States Attorney, Malcolm S. Segal, Attorney for Defendant Derian Eidson, and Thomas A. Johnson, Attorney for Defendant Steven Zinnel, are requesting such continuance in order to continue the review of discovery and for preparation of counsel. The discovery in this case includes statements and items from multiple bank accounts. All parties stipulate and agree that the ends of justice are served by this continuance outweigh the best interest of the public and Defendants in a speedy trial.

For the same reasons, the parties stipulate that the entire period from the Court's earlier July 5, 2011 status conference in this matter to September 12, 2011 be excluded in computing the time within which trial must commence under the Speedy Trial Act,

U.S. v. Zinnel, et al., Stipulation and Order to Continue Status Conference

pursuant to 18 U.S.C. § 3161(h)(7)(A), (h)(7)(B)(iv) and Local T4 (reasonable time for preparation of counsel).  The ends of justice served by the continuance between July 5, 2011 and September 12, 2011 outweigh the best interest in the public and the Defendants in a speedy trial.

**IT IS SO STIPULATED.**

DATED:  August 10, 2011           By:     /s/ Thomas A. Johnson
                                          THOMAS A. JOHNSON
                                          Attorney for Defendant
                                          STEVEN ZINNEL

DATED:  August 10, 2011           By:     /s/ Thomas A. Johnson
                                          MALCOLM S. SEGAL
                                          Attorney for Defendant
                                          DERIAN EIDSON

DATED:  August 10, 2011                   BENJAMIN WAGNER
                                          United States Attorney

                                  By:      /s/ Thomas A. Johnson
                                          MATTHEW D. SEGAL
                                          Assistant United States Attorney

**IT IS SO ORDERED.**

DATED: August 11, 2011

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

U.S. v. Zinnel, et al., Stipulation and Order to Continue Status Conference