MALCOLM S. SEGAL - 075481
JAMES P. MAYO - 169897
**SEGAL & KIRBY LLP**
770 L Street, Suite 1440
Sacramento, CA  95814
Telephone: (916) 441-0828
Facsimile: (916) 446-6003

Attorneys for Defendant
DERIAN EIDSON

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO: 2:11-CR-0234 MCE |
| Plaintiff, | **STIPULATION AND ORDER CONTINUING DEFENDANT'S MOTION FOR PRETRIAL DISCOVERY** |
| v. | _____ |
| STEVEN ZINNEL, and, DERIAN EIDSON | Date:       October 28, 2011 Time:       10:00 a.m. |
| Defendants | **Magistrate Judge: Gregory G. Hollows** |
| _____ / | |

DERIAN EIDSON ("EIDSON"), through her counsel of record, Segal & Kirby LLP, and the UNITED STATES OF AMERICA, through its counsel, Assistant United States Attorney Matthew D. Segal, agree and stipulate as follows:

1. On September 8, 2011, Defendant filed a motion for pretrial discovery scheduled to be heard on September 22, 2011.

2. The motion was continued at the request of the parties, and with the Court's permission, subject to resetting on a date to be set on Magistrate Judge Hollow's calendar.

3. The parties have agreed, subject to the approval of this Court, to a hearing of the motion for pretrial discovery on October 28, 2011, at 10:00 a.m.

1
Stipulation and [Proposed] Order Continuing Defendant's Motion for Pretrial Discovery

| | | |
|---|---|---|
| Dated: October 13, 2011 | | Respectfully submitted, |
| | | **SEGAL & KIRBY LLP** |

By: /s/ Malcolm Segal
MALCOLM SEGAL
Attorneys for Defendant
DERIAN EIDSON

Dated: October 13, 2011

By: /s/ Thomas A. Johnson
THOMAS A. JOHNSON
Attorneys for Steve Zinnel

Dated: October 13, 2011    By: /s/ Matthew D. Segal
MATTHEW D. SEGAL
Assistant United States Attorney
(By permission)

## ORDER

Pursuant to stipulation of the parties, IT IS ORDERED that the hearing of this motion is continued until October 28, 2011, at 10:00 a.m.  The undersigned has changed the case caption district judge to MCE.  The parties shall ensure that for all future pleadings, the district judge on the case caption appears as MCE.

Dated:   October 13, 2011

/s/ Gregory G. Hollows

UNITED STATES MAGISTRATE JUDGE