1  THOMAS A. JOHNSON, SBN #119203
   Law Office of Thomas A. Johnson
2  400 Capitol Mall, Suite 1620
   Sacramento, California  95814
3  Telephone:  (916) 422-4022
4  Attorney for Defendant, Steven Zinnel

5

6              IN THE UNITED STATES DISTRICT COURT

7          FOR THE EASTERN DISTRICT OF CALIFORNIA

8

| | |
|---|---|
| 9  UNITED STATES OF AMERICA, | )  Case No.: 2:11-cr-00234-MCE |
| | ) |
| 10        Plaintiff, | )  STIPULATION AND ORDER TO |
| 11 | )  CONTINUE STATUS CONFERENCE |
|    vs. | )  AND MOTION HEARING AND |
| 12 | )  REQUEST TO RESET BRIEFING |
| 13  STEVEN ZINNEL, and | )  SCHEDULE |
|     DERIAN EIDSON, | ) |
| 14 | )  Date: March 29, 2012 |
| 15        Defendants. | )  Time: 9:00 a.m. |
|    | )  Judge: Hon. Morrison C. England, Jr. |
| 16 | ) |

17

18      **IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that the

19  Status Conference and Motion Hearing scheduled for March 15, 2012 at 9:00 a.m. is

20  continued to March 29, 2012 at 9:00 a.m. in the same courtroom.

21      The parties have also agreed to the following briefing schedule:  Defendants'

22  motion is to be filed by February 10, 2012, oppositions by March 1, 2012, and a reply, if

23  any, by March 15, 2012.

24      Audrey Hemesath, Assistant United States Attorney, Malcolm S. Segal, Attorney

25  for Defendant, Derian Eidson, and Thomas A. Johnson, Attorney for Defendant, Steven

26  Zinnel, are requesting such continuance in order to continue the review of discovery and

27  for preparation of counsel.  The discovery in this case includes statements and items from

28  multiple bank accounts.

U.S. v. Zinnel, et al., Stipulation and Order to Continue Status Conference

1    All parties stipulate and agree that the ends of justice are served by this

2  continuance outweigh the best interest of the public and Defendants in a speedy trial.

3    For the same reasons, the parties stipulate that the entire period from the Court's

4  earlier October 13, 2011 status conference in this matter to March 29, 2012, be excluded

5  in computing the time within which trial must commence under the Speedy Trial Act,

6  pursuant to 18 U.S.C. § 3161(h)(7)(A), (h)(7)(B)(iv) and Local T4 (reasonable time for

7  preparation of counsel).  The ends of justice served by the continuance between October

8  13, 2011 and March 29, 2012 outweigh the best interest in the public and the Defendants

9  in a speedy trial.

10

11  **IT IS SO STIPULATED.**

12  DATED:  January 20, 2012          By:          /s/ Thomas A. Johnson

13                                                    THOMAS A. JOHNSON

14                                                    Attorney for Defendant
                                                     STEVEN ZINNEL
15

16  DATED:  January 20, 2012          By:          /s/ Thomas A. Johnson for
                                                     MALCOM SEGAL
17                                                    Attorney for Defendant
                                                     DERIAN EIDSON
18

19  DATED:  January 20, 2012                        BENJAMIN WAGNER
                                                     United States Attorney
20

21                                    By:          /s/ Thomas A. Johnson for
                                                     AUDREY HEMESATH
22                                                    Assistant United States Attorney

23      **IT IS SO ORDERED.**

24  Dated:  January 23, 2012

25

26  _____
                                 MORRISON C. ENGLAND, JR
27                               UNITED STATES DISTRICT JUDGE

28

U.S. v. Zinnel, et al., Stipulation and Order to Continue Status Conference