BENJAMIN B. WAGNER
United States Attorney
MATTHEW D. SEGAL
AUDREY B. HEMESATH
Assistant U.S. Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>      v.<br><br>STEVEN ZINNEL and DERIAN EIDSON,<br><br>           Defendants. | Case No.  2:11-cr-00234-MCE<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND MOTION HEARING AND REQUEST TO RESET BRIEFING SCHEDULE**<br><br>Date:  April 19, 2012<br>Time:  9:00 am<br>Hon. Morrison C. England, Jr. |

IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES that the Status Conference and Motion Hearing scheduled for March 29, 2012 at 9:00 a.m. is continued to April 26, 2012 at 9:00 a.m. in the same courtroom.

The parties have also agreed to the following briefing schedule: Plaintiff's opposition to the motions is due by March 29, 2012, and a reply, if any, by April 12, 2012.

Audrey Hemesath, Assistant United States Attorney, Malcolm S. Segal, Attorney for Defendant, Derian Eidson, and Thomas A. Johnson, Attorney for Defendant, Steven Zinnel, are requesting such continuance in order to continue the review of discovery and for preparation of counsel.

The discovery in this case includes statements and items from multiple bank accounts. All parties stipulate and agree that the ends of justice are served by this continuance outweigh the best interest of the public and Defendants in a speedy trial.

For the same reasons, the parties stipulate that the entire period from the Court's earlier October 13, 2011 status conference in this matter to April 26, 2012, be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A), (h)(7)(B)(iv) and Local T4 (reasonable time for preparation of counsel). The ends of justice served by the continuance between October 13, 2011 and April 26, 2012 outweigh the best interest in the public and the Defendants in a speedy trial.

IT IS SO STIPULATED.

DATED: March 1, 2012

By: /s/ Audrey B. Hemesath for
THOMAS A. JOHNSON
Attorney for Defendant
STEVEN ZINNEL
DATED: March 1, 2012

By: /s/ Audrey B. Hemesath for
MALCOM SEGAL
Attorney for Defendant
DERIAN EIDSON
DATED: March 1, 2012

BENJAMIN WAGNER
United States Attorney
By: /s/ Audrey B. Hemesath
AUDREY HEMESATH
Assistant United States Attorney

IT IS SO ORDERED.

Dated: March 8, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE