1  MALCOLM S. SEGAL - 075481
   JAMES P. MAYO - 169897
2  **SEGAL & KIRBY LLP**
   400 Capitol Mall, Suite 1600
3  Sacramento, CA  95814
   Telephone: (916) 441-0828
4

5  Attorneys for Defendant
   DERIAN EIDSON
6

7

8           IN THE UNITED STATES DISTRICT COURT FOR THE

9                 EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          CASE NO: 2:11-CR-0234 MCE

12              Plaintiff,             **STIPULATION AND ORDER
                                       CONTINUING STATUS CONFERENCE
13       v.                            AND MOTION HEARING AND
                                       MODIFYING THE BRIEFING
14  STEVEN ZINNEL, and,                SCHEDULE**
    DERIAN EIDSON                      _____
15
                Defendants            Date:      April 26, 2012
16                                     Time:      9:00 a.m.
    _____/  Judge:     Hon. Morrison C. England,
17                                                Jr.

18

19       Defendant, DERIAN EIDSON, through her counsel of record, Segal & Kirby

20  LLP, defendant STEVEN ZINNEL, through his counsel of record, Thomas A.

21  Johnson, and plaintiff United States of America, through its counsel, Assistant United

22  States Attorneys Matthew D. Segal and Audrey Hemesath, agree and stipulate that

23  the Status Conference and Motion Hearing scheduled for April 26, 2012, at 9:00 a.m.

24  is continued to May 24, 2012, at 9:00 a.m. in the same courtroom.

25       The parties have also agreed that the briefing schedule should be modified as

26  follows: defendants' replies to the government's oppositions to the motions shall be

27  filed by May 17, 2012, instead of the previous deadline of April 19, 2012.

28                                    1

1    Defendants are requesting the continuance and the modification of the briefing

2    schedule in order to allow defendants to adequately respond to the government's

3    oppositions and to continue the review of discovery and for preparation of counsel,

4    and also, to accommodate the trial schedule of Mr. Johnson, who is currently in trial

5    in another case in this district.

6    The parties agree a continuance is necessary for these purposes, and

7    accordingly, both parties further agree and stipulate that the Court should order that

8    time should be excluded from the date of the parties' stipulation, April 20, 2012,

9    through May 24, 2012, from computation of time within which the trial of this case

10   must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. §§

11   3161(h)(1)(D), (h)(7)(A) and (h)(7)(B)(ii) and (iv), and Local Codes T4 (ongoing

12   preparation of defense counsel and prosecution counsel):  (1) because it is

13   unreasonable to expect adequate preparation for pretrial proceedings and trial itself

14   within the time limits established in 18 U.S.C. § 3161; and (2) due to the need to

15   provide defense counsel and the prosecution counsel the reasonable time to

16   prepare, taking into account the exercise of due diligence.  All parties agree and

17   stipulate that the Court should find the ends of justice served by the granting of such

18   continuance outweigh the interests of the public and defendant in a speedy trial.

19   **IT IS SO STIPULATED.**

20   Dated: April 23, 2012                    Respectfully submitted,

21
     **SEGAL & KIRBY LLP**
22

23                          By:   /s/ Malcolm Segal
                                  MALCOLM SEGAL
24                                Attorneys for Defendant
                                  DERIAN EIDSON
25   Dated: April 23, 2012

26
                            By:   /s/ Thomas A. Johnson
27                                THOMAS A. JOHNSON
                                  Attorneys for STEVEN ZINNEL
28
                                        2

1 Dated:   April 23, 2012          By:   /s/ Matthew D. Segal
                                         MATTHEW D. SEGAL
2                                        AUDREY HEMESATH
                                         Assistant United States Attorneys
3                                        (By permission)

4

5                                   **<u>ORDER</u>**

6          UPON GOOD CAUSE SHOWN and the stipulation of all parties, IT IS

7   ORDERED that: (1) the Status Conference and Motion Hearing scheduled for April

8   26, 2012, at 9:00 a.m. is continued to May 24, 2012, at 9:00 a.m.; and, (2) the

9   defendants' replies to the government's oppositions to the motions shall be filed by

10  May 17, 2012.

11

12   Dated:  April 26, 2012

13                                   _____

14                                   MORRISON C. ENGLAND, JR.
                                     UNITED STATES DISTRICT JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                         3
    Stipulation and Order Continuing Status Conference and Motion Hearing