UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:11-cr-00234-MCE |
| Plaintiff, | |
| v. | **RELATED CASE ORDER** |
| STEVEN ZINNEL and DERIAN EIDSON, | |
| Defendants. | |
| In Re: | No. 2:12-cv-00249-GEB |
| STEVEN KEITH ZINNEL, | Bankruptcy No. 05-28800-C-7 |
| Debtor. | |
| STEVEN KEITH ZINNEL, | |
| Appellant, | |
| v. | |
| SUSAN K. SMITH, U.S. Trustee, | |
| Appellee. | |

///

///

1

1    Examination of the above-entitled actions reveal that these
2 actions are related within the meaning of Local Rule 123(a) (E.D.
3 Cal. 1997).  The actions involve many of the same parties, and
4 are based on the same or similar claims, and/or events, involve
5 similar questions of fact, and would therefore entail a
6 substantial duplication of labor if heard by different judges.
7 Accordingly, the assignment of the matters to the same judge is
8 likely to effect a substantial savings of judicial effort and is
9 also likely to be convenient for the parties.
10   The parties should be aware that relating the cases under
11 Local Rule 123 merely has the result that both actions are
12 assigned to the same judge; no consolidation of the action is
13 effected.  Under the regular practice of this court, related
14 cases are generally assigned to the district judge and magistrate
15 judge to whom the first filed action was assigned.
16   IT IS THEREFORE ORDERED that the action denominated 2:12-cv-
17 00249, <u>In Re Steven Keith Zinnel</u> is reassigned to Judge
18 Morrison C. England, Jr. for all further proceedings, and any
19 dates currently set in this reassigned case only is hereby
20 VACATED.  Henceforth, the caption on documents filed in the
21 reassigned case shall be shown as 2:12-cv-00249-MCE.
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

1    IT IS FURTHER ORDERED that the Clerk of the Court make
2 appropriate adjustment in the assignment of civil cases to
3 compensate for this reassignment.
4    IT IS SO ORDERED.

Dated: August 6, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE