Thomas A. Johnson, #119203
Law Office of Thomas A. Johnson
400 Capitol Mall, Suite 1620
Sacramento, California 95814
Telephone: (916) 422-4022
Attorney for Defendant Steven Zinnel

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br> vs.<br><br><br>STEVEN ZINNEL,<br>DERIAN EIDSON.<br><br>   Defendants. | Case No.: 2:11-cr-0234-MCE<br><br>STIPULATION AND ORDER TO CONTINUE MOTION HEARING.<br><br>Date: September 13, 2012<br>Time: 9:00 AM<br>Judge: Hon. Morrison C. England, Jr. |

**IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that the Motion Hearing scheduled for August 23, 2012 at 9:00 a.m. is continued to September 13, 2012 at 9:00 a.m. in the same courtroom. The parties have also agreed that any response by Defendant to the Government's Motion for Protective Order is due by August 30, 2012. Pursuant to Local Code T4, time was previously excluded on June 21, 2012 up to the jury trial date of April 15, 2013. The Court found that the ends of justice served by taking such action outweighed the interests of the defendants and the public in a speedy trial.

**IT IS SO STIPULATED.**

DATED: August 21, 2012   By:   /s/ Thomas A. Johnson
                     THOMAS A. JOHNSON
                     Attorney for Defendant
                     STEVEN ZINNEL

| | | | |
|---|---|---|---|
| DATED: August 21, 2012 | | By: | /s/ Thomas A. Johnson for<br>Kresta Daly<br>Attorney for Defendant<br>DERIAN EIDSON |
| DATED: August 21, 2012 | | | BENJAMIN WAGNER<br>United States Attorney |
| | | By: | /s/ Thomas A. Johnson for<br>AUDREY HEMESATH<br>MATTHEW SEGAL<br>Assistant United States Attorneys |

**IT IS SO ORDERED.**

DATED: August 27, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE