Kresta Nora Daly, SBN 199689
Thomas W. Barth, SBN 154075
**BARTH TOZER & DALY LLP**
431 "I" Street, Suite 201
Sacramento, California 95814
Telephone: (916) 440-8600
Facsimile:  (916) 440-9610
Email:  kdaly@btdlaw.net

Attorneys for Defendant
DERIAN EIDSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     v.<br><br>STEVEN K. ZINNEL AND<br>DERIAN EIDSON,<br><br>            Defendants. | Case No. 2:11-CR-00234-MCE<br><br>**CALENDAR REQUEST AND ORDER THEREON** |

      The parties hereby request that the above captioned matter be added to the court's calendar on November 29, 2012 at 9:00am.  The purpose of this request is to discuss the currently set trial and trial status conference dates.

Dated:  October 30, 2012.        BARTH TOZER & DALY LLP


                                 By   /s/ Kresta Nora Daly
                                       KRESTA NORA DALY
                                 Attorneys for Derian Eidson


Dated: October 30, 2012

                                 By   /s/ Kresta Nora Daly
                                       THOMAS A. JOHNSON
                                 Attorney for Steven K. Zinnel

{00007324}

Calendaring Request                                       [Case No. 2:11-CR-00234-MCE]

Dated: October 30, 2012

By     /s/ Kresta Nora Daly
MATTHEW SEGAL
Assistant United States Attorney

**ORDER**

IT IS SO ORDERED.

Dated:  October 31, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE