Kresta Nora Daly, SBN 199689
Thomas W. Barth, SBN 154075
**BARTH TOZER & DALY LLP**
431 "I" Street, Suite 201
Sacramento, California 95814
Telephone: (916) 440-8600
Facsimile:  (916) 440-9610
Email:  kdaly@btdlaw.net

Attorneys for Defendant DERIAN EIDSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>       v.<br><br>STEVEN ZINNEL and<br>DERIAN EIDSON,<br><br>              Defendants. | Case No. 2:11-CR-00234 TLN<br><br>**STIPULATION AND ORDER** |

It is hereby stipulated and agreed to between the United States of America through Matthew Segal, Assistant United States Attorney and Audrey Hemesath, Assistant United States Attorney, defendant Steven K. Zinnel, through his counsel, Thomas Johnson, and defendant Derian Eidson, through her counsel, Kresta Nora Daly, that the Trial Confirmation hearing set for June 6, 2013 be removed from calendar.

///

///

///

///

///

///

///

All other previously calendared dates should remain unchanged.

Dated: May 31, 2013.          BARTH TOZER & DALY LLP

                              By    /s/ Kresta Nora Daly
                                    KRESTA NORA DALY
                                    Attorneys for Derian Eidson

Dated: May 31, 2013.          By    /s/ Kresta Nora Daly
                                    THOMAS A. JOHNSON
                                    Attorney for Steven K. Zinnel

Dated: May 31, 2013.          By    /s/ Kresta Nora Daly
                                    MATTHEW SEGAL
                                    Assistant United States Attorney

Dated: May 31, 2013.          By    /s/ Kresta Nora Daly
                                    AUDREY HEMESATH
                                    Assistant United States Attorney

**O R D E R**

**IT IS SO ORDERED.**

Dated: June 3, 2013

_____
Troy L. Nunley
United States District Judge