BENJAMIN B. WAGNER
United States Attorney
MATTHEW D. SEGAL
AUDREY B. HEMESATH
KEVIN C. KHASIGIAN
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:11-CR-234 TLN |
|---|---|
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE FORFEITURE TRIAL AND SET A BRIEFING SCHEDULE |
| v. | |
| STEVEN ZINNEL and DERIAN EIDSON, | Old Date: July 31, 2013, at 9:00 a.m. |
| Defendants. | New Date: September 5, 2013 at 2:00 p.m. |

The United States of America, by and through Assistant U.S. Attorney Kevin C. Khasigian, and Kresta Daly, Attorney for Defendant, Derian Eidson, and Thomas A. Johnson, Attorney for Defendant, Steven Zinnel, hereby agree and stipulate to continue the forfeiture trial scheduled for July 31, 2013 at 9:00 a.m. to September 5, 2013 at 2:00 p.m. before the Honorable Troy L. Nunley.

Additionally, the parties have agreed to the following briefing schedule to assist the court in resolving the forfeiture matter:

- United States' opening brief is to be filed by August 15, 2013
- Defense oppositions by August 22, 2013
- United States' reply, if any, by August 29, 2013

The parties are requesting the continuance in order to review the trial transcripts and

Stipulation and Order to Continue Forfeiture Trial                1

for preparation of counsel.  Defendant Zinnel is currently in custody following his convictions on July 16, 2013.  The continuance will allow additional time to allow Defendant Zinnel to communicate with his counsel while incarcerated and prepare for the forfeiture hearing.  The continuance is also requested to allow counsel to determine if any further witness testimony is necessary to litigate the nexus determination, or if the parties can submit the matter on the trial record and written briefs.

Dated: July 25, 2013               BENJAMIN B. WAGNER
                                   United States Attorney

                                    /s/ Kevin C. Khasigian
                                   MATTHEW D. SEGAL
                                   AUDREY B. HEMESATH
                                   KEVIN C. KHASIGIAN
                                   Assistant United States Attorneys

DATED:  July 25, 2013

                                   /s/ Tom A. Johnson
                                   TOM A. JOHNSON
                                   Attorney for Defendant Steven Zinnel

DATED:  July 25, 2013

                                   /s/ Kresta Daly
                                   KRESTA DALY
                                   Attorney for Defendant Derian Eidson

**ORDER**

          IT IS SO ORDERED.

Dated:    July 26, 2013

                                   Troy L. Nunley
                                   United States District Judge

Stipulation and Order to Continue Forfeiture Trial           2