BENJAMIN B. WAGNER
United States Attorney
AUDREY B. HEMESATH
MATTHEW D. SEGAL
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700
Facsimile:   (916) 554-2900

Attorneys for Plaintiffs
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  2:11-CR-234 TLN |
| Plaintiff, | REQUEST TO UNSEAL GOVERNMENT'S MOTION FOR ARREST WARRANT; **ORDER** |
| v. | |
| STEVEN ZINNEL AND DERIAN EIDSON, | |
| Defendant. | |

Pursuant to Local Rule 141(b), the United States, by and through Assistant United States

Attorney Audrey B. Hemesath and Matthew D. Segal, requested sealing of the government's Motion for

an Arrest Warrant for Derian Eidson, the supporting attachments, and the sealing request itself.  (ECF

No. 262).  Derian Eidson was arrested pursuant to the Warrant for Arrest on October 29, 2013, and the

government's search warrants were exexcuted.  Accordingly, the government now requests that the

sealing order be lifted.

Dated:  October 29, 2013                          BENJAMIN B. WAGNER
                                                  United States Attorney


                                          By:  /s/ AUDREY B. HEMESATH
                                               AUDREY B. HEMESATH
                                               Assistant United States Attorney

ORDER

The government's request to unseal is granted, and the Warrant for Arrest and supporting documents (ECF No. 262) is ordered unsealed.

Dated: October 29, 2013

Troy L. Nunley
United States District Judge