IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>STEVEN ZINNEL and<br>DERIAN EIDSON,<br><br>　　　　　　　　Defendants. | 2:11-CR-00234 TLN<br><br>ORDER RE: AUTHORIZING DISCOVERY<br>PURSUANT TO RULE 32.2 |

　　　Before the Court is the United States' motion pursuant to Rule 32.2(c)(1)(B) of the Federal Rules of Criminal Procedure for an order authorizing the United States to conduct discovery in accordance with the Federal Rules of Civil Procedure.  After having read and considered the motion, the Court finds as follows:

　　　1.　The parties are authorized to conduct discovery in accordance with the Federal Rules of Civil Procedure pursuant to Fed. R. Crim. P. 32.2(c)(1)(B).  The December 12, 2013, ancillary hearing date is converted to a status conference.  The Court hereby adopts the following discovery schedule:

　　　　　a.　The parties are required to meet-and-confer on available deposition dates prior to December 20, 2013.

　　　　　b.　The United States is authorized to coordinate with the Sacramento County Jail and United States Marshals Service on available dates and meeting space to depose inmates Derian Eidson and Steve Zinnel; and

　　　　　c.　Any protective order or claim of privilege must be filed no later than December 4, 2013.

1

1  Dated: November 19, 2013

Troy L. Nunley
United States District Judge

2