Kresta Nora Daly, SBN 199689
Thomas W. Barth, SBN 154075
**BARTH TOZER & DALY LLP**
431 "I" Street, Suite 201
Sacramento, California 95814
Telephone: (916) 440-8600
Facsimile:  (916) 440-9610
Email:  kdaly@btdlegal.com

Attorneys for Defendant
DERIAN EIDSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:11-CR-234 TLN |
|---|---|
| Plaintiff, | STIPULATION AND ORDER TO VACATE STATUS CONFERENCE AND TO SET ANCILLARY HEARING DATE |
| v. | |
| STEVEN ZINNEL and DERIAN EIDSON, | **MODIFIED FROM SUBMITTED VERSION** |
| Defendants. | |

The United States of America, by and through Assistant U.S. Attorney Kevin C. Khasigian, and Kresta Daly, Attorney for Defendant, Derian Eidson, and Thomas A. Johnson, Attorney for Defendant, Steven Zinnel, and Kirk Giberson, attorney for petitioner Susan K. Smith, and Donald Heller, attorney for Petitioner Tom Wilbert,[1] hereby agree and stipulate to vacate the status conference scheduled for December 19, 2013 at 9:30 a.m. before the Honorable Troy L. Nunley.  The parties also agree and stipulate to set the ancillary hearing on March 4, 2014, the sentencing date for defendants Steven Zinnel and Derian Eidson.

The United States and counsel for Derian Edison have resolved the privilege issues inherent in litigating her ancillary petition[2].  The United States intends to send Eidson written

---

[1] CitiBank has filed a petition regarding its lien against real property ordered forfeited from Defendant Zinnel.  That petition is unopposed; nonetheless, Government counsel has informed Bank counsel of the proposed ancillary hearing date.

[2] AUSA Khasigian has informed counsel the government may seek to forfeit certain additional

Stipulation and Order to Vacate Status Conference and Set Ancillary Hearing Date

1  discovery shortly and depose her at the Nevada County Jail on an agreeable date in late
2  January or early February 2014.
3       Thus, the parties agree and stipulate to the following:
4       1.   The Court vacate the December 19, 2013 status conference; and
5       2.   Set the ancillary hearing date for March 4, 2014.

7  Dated:  December 17, 2013                    BENJAMIN B. WAGNER
                                                United States Attorney

                                                 /s/ Kevin C. Khasigian
9                                               KEVIN C. KHASIGIAN
                                                Assistant United States Attorneys

10 DATED:  December 17, 2013

12                                              /s/ Tom A. Johnson
                                                TOM A. JOHNSON
13                                              Attorney for Defendant Steven Zinnel

14 DATED:  December 17, 2013

15                                              /s/ Kresta Daly
                                                KRESTA DALY
16                                              Attorney for Defendant Derian Eidson

17 DATED:  December 17, 2013

18                                              /s/ Donald H. Heller
                                                DONALD H. HELLER
19                                              Attorney for Petitioner Tom Wilbert

20 DATED:  December 17, 2013

22                                              /s/ Kirk Giberson
                                                KIRK EDWARD GIBERSON
                                                Attorney for Petitioner Susan K. Smith

24 //
25 //

28 assets.  Any privilege or other issues which may arise in connection with a new or amended forfeiture notice are not yet ripe and will be addressed at the appropriate time.

Stipulation and Order to Vacate Status Conference and Set Ancillary Hearing Date

**ORDER**

IT IS SO ORDERED.

Dated: December 18, 2013

_____
Troy L. Nunley
United States District Judge