THOMAS A. JOHNSON, #119203
Law Office of Thomas A. Johnson
400 Capitol Mall, Suite 1620
Sacramento, California  95814
Telephone:  (916) 422-4022
Attorney for Steven Zinnel

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | Case No.: 2:11-cr-00234-TLN |
| Plaintiff,   ) | ORDER FOR EXONERATION OF THE BOND |
| vs.   ) | |
| STEVEN ZINNEL,   ) | |
| Defendant.   ) | |

### **REQUEST TO EXONERATE THE BOND**

On or about June 9, 2011, Defendant was released on a $250,000 appearance bond pending trial secured by the equity in real property owned by his mother, Ardith Ferris and his brother and sister-in-law, David and Jennifer Zinnel.  Ardith Ferris posted $100,000 secured by real property located at 2428 Glenfaire Drive in Rancho Cordova, California.  David and Jennifer Zinnel posted $150,000 secured by real property located at 6939 Lisa Marie Way in Carmichael, California.

Mr. Zinnel was convicted at trial on July 17, 2013 and is currently in custody awaiting sentencing. Therefore, it is hereby requested that the $250,000 secured appearance bond be exonerated in the above-captioned case and that the Clerk of the District Court be directed to re-convey the property to the sureties, Ardith Ferris, David Zinnel and Jennifer Zinnel.

DATED:  January 7, 2014              Respectfully submitted,

/s/ Thomas A. Johnson
THOMAS A. JOHNSON
Attorney for Steven Zinnel

## ORDER

**IT IS SO ORDERED** that the appearance bond in the amount of $250,000 secured by Deeds of Trust against the real property of Ardith Ferris located at 2428 Glenfaire Drive in Rancho Cordova, California, and against the real property of David and Jennifer Zinnel located at 6939 Lisa Marie Way in Carmichael, California, are hereby exonerated.

DATED: January 8, 2014

Troy L. Nunley
United States District Judge