SUZANNE A. LUBAN
Attorney At Law
State Bar No. 120629
3758 Grand Ave. #4
Oakland, California 94610
Telephone 510/832-3555

Attorney for Defendant
STEVEN K. ZINNEL

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA
(Sacramento)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO.  2:11-cr-234-TLN |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER |
| ) | TO VACATE HEARING |
| vs. ) | |
| ) | |
| STEVEN K. ZINNEL, ) | |
| ) | |
| Defendant. ) | |
| _____) | Judge: Hon. Troy L. Nunley |

At the request of the probation officer, this Court set a hearing in this case for March 13, 2014, for Defendant Steven K. Zinnel only, to clarify the sentence imposed on March 4, 2014.  Thereafter the parties and the probation officer had an opportunity to review the docket entry prepared by the deputy clerk and to confer regarding whether there is a need to clarify the sentence.  The parties now agree, and the probation officer has informed the undersigned that he also agrees, that the docket entry accurately reflects

1

the imprisonment part of the sentence imposed by the Court, making unnecessary a hearing to clarify that sentence.  Mr. Zinnel remains in custody.

Therefore, defendant Steve Zinnel and the Government, by and through their counsel of record, hereby agree and stipulate that this Court shall enter an order vacating the hearing currently set for Thursday, March 13, 2014 at 9:30 a.m.

IT IS SO STIPULATED:

DATED: March 12, 2014                    /S/ Suzanne A. Luban
                                         SUZANNE A. LUBAN,
                                         Counsel for Steven. K. Zinnel


DATED: March 12, 2014                    /S/ Matthew D. Segal
                                         MATTHEW D. SEGAL
                                         Assistant United States Attorney
                                         Counsel for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
(Sacramento)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. 2:11-cr-234-TLN |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER TO VACATE HEARING |
| vs. | ) | |
| | ) | |
| STEVEN K. ZINNEL, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | Judge: Hon. Troy L. Nunley |

For Good Cause Shown and pursuant to the stipulation of the parties,

IT IS HEREBY ORDERED that the hearing scheduled for March 13, 2014 to clarify the sentence imposed on Steven Zinnel is vacated as unnecessary.

IT IS SO ORDERED.

Dated: March 14, 2014

_____
Troy L. Nunley
United States District Judge

- 1 -