SUZANNE A. LUBAN, SBN 120629
Attorney At Law
3758 Grand Ave. #4
Oakland, California 94610
Telephone 510/832-3555

Attorney for Defendant
STEVEN K. ZINNEL

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA
(Sacramento)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. S-11-234-TLN |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER |
| ) | TO CONTINUE HEARINGS |
| vs. ) | |
| ) | |
| STEVEN K. ZINNEL, and ) | |
| DERIAN EIDSON, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

Currently set before this Court are the restitution hearing for defendant Steven Zinnel and the sentencing hearing for defendant Derian Eidson, both of which are set for March 31, 2014.  The parties concur that a brief continuance of these matters is desirable for the following reasons.  The parties are attempting to resolve the computer issue in a way that will make the Eidson motion moot but they need additional time, and the prosecutors and Mr. Zinnel's counsel are discussing restitution and are hopeful that at

1

least some of the issues regarding Mr. Zinnel's restitution will be resolved if the parties have some additional time to meet and confer. Both Ms. Eidson and Mr. Zinnel remain in custody. Counsel for all parties and the U.S. Probation Officer are available on April 2, 2014 at 9:00 a.m. Both defendants remain in custody.

Therefore, defendant Steven Zinnel, defendant Derian Eidson, and the Government, by and through their counsel of record, hereby agree and stipulate that this Court shall enter an order continuing the Eidson sentencing hearing and Zinnel restitution hearing currently set for Monday, March 31, 2014, to April 2, 2014 at 9:00 a.m.

IT IS SO STIPULATED:

DATED: March 27, 2014          */S/ Suzanne A. Luban*
                                SUZANNE A. LUBAN
                                Counsel for Steven. K. Zinnel

DATED: March 27, 2014          */S/ Timothy E. Warriner*
                                TIMOTHY E. WARRINER
                                Counsel for Derian Eidson

DATED: March 27, 2014          */S/ Kresta N. Daly*
                                KRESTA N. DALY
                                Counsel for Derian Eidson

DATED: March 27, 2014          */S/ Kevin Khasigian*
                                KEVIN KHASIGIAN
                                Assistant United States Attorney
                                Counsel for Plaintiff

DATED: March 27, 2014          */S/ Audrey Hemesath*
                                AUDREY HEMESETH
                                Assistant United States Attorney
                                Counsel for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
(Sacramento)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. S-11-234-TLN |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER TO CONTINUE HEARINGS |
| vs. | ) | |
| | ) | |
| STEVEN K. ZINNEL, and | ) | |
| DERIAN EIDSON | ) | Judge: Hon. Troy L. Nunley |
| | ) | |
| Defendants. | ) | |
| _____ __ | ) | |

For Good Cause Shown and pursuant to the stipulation of the parties,

IT IS HEREBY ORDERED that the restitution hearing for defendant Steven Zinnel and the sentencing hearing for defendant Derian Eidson, are hereby continued from March 31, 2014 to Wednesday, April 2, 2014 at 9:00 a.m.

IT IS SO ORDERED.

Dated: March 28, 2014

_____
Troy L. Nunley
United States District Judge

- 1 -