BENJAMIN B. WAGNER
United States Attorney
MATTHEW D. SEGAL
AUDREY B. HEMESATH
KEVIN C. KHASIGIAN
Assistant U.S. Attorneys
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>STEVEN ZINNEL, and<br>DERIAN EIDSON,<br><br>    Defendants. | 2:11-CR-00234-TLN<br><br>FINAL ORDER OF FORFEITURE REGARDING SUBSTITUTE PROPERTY OF DEFENDANT ZINNEL |

WHEREAS, on or about May 23, 2014, this Court entered a Stipulation and Order to Amend the Preliminary Order of Forfeiture to Include Certain Substitute Property of Defendant Zinnel[1] pursuant to the provisions of 18 U.S.C. § 982(a)(1) and 21 U.S.C. §§ 853(g) and (p), based upon the guilty verdict entered against defendant Steven Zinnel, forfeiting to the United States the following property:

   a.   Approximately $65,534.85 seized from First Bank Account Number 242-5126004, together with any interest that has accrued on the total amount seized,

   b.   Approximately $53,362.51 seized from Wells Fargo Bank Account Number 358-4700995, together with any interest that has accrued on the total amount seized, and

   c.   All right, title, and interest in Best Build, Inc., a California corporation, entity number C3198834, together with any uncashed checks, money orders or affiliated assets of the company, including but not limited to the following:

---

[1] The Court entered a Preliminary Order of Forfeiture as to Steven Zinnel on September 20, 2013. ECF No. 253.

i. Approximately $47,250.00 in the form of a Cashier's Check dated December 23, 2013, and made payable to Best Build, Inc., together with any interest that has accrued,

ii. Approximately $11,812.50 in the form of a Cashier's Check dated February 12, 2014, and made payable to Best Build, Inc., together with any interest that has accrued, and

iii. Approximately $47,250.00 in the form of a Cashier's Check dated March 24, 2014, and made payable to Best Build, Inc., together with any interest that has accrued.

AND WHEREAS, beginning on May 29, 2014, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture regarding the substitute property on the official internet government forfeiture site www.forfeiture.gov.  Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

AND WHEREAS, according to the California Secretary of State, Steve K. Zinnel is the agent for service of process for Best Build, Inc., entity number C3198834.  The Court has been advised that no third party has filed a claim to the subject property, and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture shall be entered forfeiting to the United States all right, title, and interest in the above-listed property pursuant to 18 U.S.C. § 982(a)(1) and 21 U.S.C. §§ 853(g) and (p),  including all right, title, and interest of Steven Zinnel whose right to the above-listed property is hereby extinguished.  The above-listed property shall be disposed of according to law.

2. All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

3. The Internal Revenue Service – Criminal Investigation shall maintain custody of and control over the subject property until it is disposed of according to law.

///

///

///

///

4.       The above-listed property shall be credited towards the $1,297,158.20 money judgment entered against Steven Zinnel on June 5, 2014.  ECF No. 388.

SO ORDERED this 2nd day of February, 2015.

_____
Troy L. Nunley
United States District Judge