# Attachment 1

| | |
|---|---|
| **U.S. Department of Justice** | Request of United States Attorney for Production of |
| United States Attorney | Federal Prisoner In The Custody of The United States |
| Eastern District of California | Pursuant to Title 18, United States Code, Section 3621(d) |

The United States Attorney for the Eastern District of California, pursuant to 18 U.S.C. § 3621(d), does hereby request the United States Marshal for the Eastern District of California, or any other authorized officer, to produce one Steven Zinnel, ▮▮▮▮▮, 66138-097, now confined at the FCI Terminal Island, 1299 Seaside Avenue San Pedro, CA. 90731 in the custody of the warden or the person there in charge, before the

☒ United States District Court       ☒ For Prosecution
☐ United States Grand Jury           ☐ For Testimony

at   Sacramento, California

☒ forthwith
☐ at  TIME, on DATE, or at any time thereafter

as the United States Attorney or a federal Judge or Magistrate may direct, so that said person may appear in accordance with law in the case styled

☒ United States of America v. Steven Zinnel, et al.
   Ct. No.: 2:11-cr-00234 TLN

☐ In Re Grand Jury Proceedings No.

and after said person shall have appeared, to return said person to the aforementioned custody as may be directed by the United States Attorney or a federal Judge or Magistrate.

SEAL OF
UNITED STATES
ATTORNEY

[1]/

MATTHEW D. SEGAL
Assistant United States Attorney Requesting The Production of Prisoner In Custody
Telephone No: 916.554.2708

Dated this 23 day of
August, 2018

MCGREGOR W. SCOTT
United States Attorney for the Eastern District of California[2]/

---

[1]/This request is invalid without the raised seal of the United States Attorney.

[2]/The signature of the United States Attorney approving the request is required. A Supervisory Assistant United States Attorney delegated authority by the United States Attorney may sign for the United States Attorney provided a letter of authorization is on file with the United States Marshal of the same district as the United States Attorney.

# CERTIFICATE OF SERVICE BY MAIL

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Eastern District of California and is a person of such age and discretion to be competent to serve papers.

That on August 30, 2018, she served a copy of the United States' Motion to Strike, by placing said copy in a postpaid envelope addressed to the person hereinafter named, at the place and address stated below, which is the last known address, and by depositing said envelope and contents in the United States Mail at Sacramento, California.

Addressee:

Steven Zinnel
#66138-097
Federal Correctional Institution
Terminal Island
P.O. Box 3007
San Pedro, CA 90733-3007

Dated: August 30, 2018

McGREGOR W. SCOTT
United States Attorney

By: /s/ Samantha Kenney
SAMANTHA KENNEY
Legal Assistant