McGREGOR W. SCOTT
United States Attorney
MATTHEW D. SEGAL
AUDREY B. HEMESATH
KEVIN KHASIGIAN
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:11-CR-234 TLN |
|---|---|
| Plaintiff, | ORDER EXTENDING TIME TO RESPOND |
| v. | |
| STEVEN K. ZINNEL, | |
| Defendant. | |

    The Government shall by January 19, 2019 file any written response to defendant's Motion to Compel the Production of Documents Needed for Resentencing and Motion for Full Discovery under Bagley and Giglio (Dkt. 543) and Motion to Continue Sentencing, Specially Set Sentencing for Two Days, and Other Sentencing Matters.

    Any reply shall be due two weeks after any opposition is filed.

    **SO ORDERED.**

Dated: January 4, 2019

Troy L. Nunley
United States District Judge

1