UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:11-CR-00234-TLN |
| Plaintiff, | |
| v. | **ORDER** |
| STEVEN ZINNEL, | |
| Defendant. | |

The Court has read and considered the Government's *Ex Parte* Application ("Application"). (ECF No. 670.) The Government seeks an order preserving Defendant Steven Zinnel's ("Defendant") interest, as sole beneficiary of his deceased mother, Ardith Ferris, in Ferris's TD Ameritrade individual retirement account. The Application also seeks an order restraining Zinnel and TD Ameritrade from conducting any transactions on the Account that could jeopardize the asset from the United States' efforts to garnish the Account in partial satisfaction of Zinnel's unpaid criminal judgment.

Having reviewed the Court's files and the Application, and finding good cause therefrom, the Court GRANTS the Application. (ECF No. 670.) The Court ORDERS as follows: Effective immediately, the TD Ameritrade IRA, account number ending in *0613 (the Account) is hereby frozen. Defendant and TD Ameritrade, Division of TD Ameritrade Inc., and their successors and assigns, are hereby ordered not to assign, convert, disburse, encumber, redeem, trade, transfer or

in any way dilute Defendant's present interest in the Account, or the Account's present value (daily market fluctuations are excepted), without the Court's prior, written permission. This Order shall remain in effect for thirty (30) days, or the date on which TD Ameritrade, as garnishee, acknowledges receipt of the United States' writ of garnishment, whichever is later.

    IT IS SO ORDERED.

DATED: March 25, 2021

                                  Troy L. Nunley
                                  United States District Judge