PHILLIP A. TALBERT
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>        v.<br><br>STEVEN ZINNEL,<br><br>                Defendant. | CASE NO. 2:11-CR-00234-TLN<br><br>ORDER GRANTING GOVERNMENT'S MOTION FOR EXTENSION OF TIME |

On July 29, 2022, the United States requested an extension of time to August 19, 2022, to file its response or opposition to the Defendant's *pro se* motion for Judicial Determination of Amount Due. Docket No. 705.

IT IS HEREBY ORDERED that the Government's request for an extension is granted. The response or opposition is now due August 26, 2022.

Dated: July 29, 2022

_____
Troy L. Nunley
United States District Judge