PHILLIP A. TALBERT
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:11-cr-234 TLN |
| Plaintiff, | **GOVERNMENT'S OPPOSITION TO MOTION FOR JUDICIAL DETERMINATION OF AMOUNT DUE** |
| v. | |
| STEVEN ZINNEL, | |
| Defendant. | |

Defendant Steven Zinnel has filed a motion for judicial determination of amount due (CR 705) that is entirely duplicative of a motion he previously filed in the garnishment action that this Court has already resolved. In related case *United States v. Zinnel*, 2:21-mc-98 TLN AC, Zinnel filed objections to the magistrate judge's findings and recommendations for an order of garnishment (CR 138, docket 2:21-mc-98) that is identical[1] to the motion for judicial determination that Zinnel has now filed in this case. On July 18, 2022, this Court overruled Zinnel's objections and adopted the magistrate judge's findings and recommendations. CR 149. Zinnel filed an appeal with the Ninth Circuit, which is currently pending.

"The law of the case doctrine requires that when a court decides on a rule, it should ordinarily follow that rule during the pendency of the matter." *Mayweathers v. Terhune*, 136 F. Supp. 2d 1152,

---

[1] The only variation between the motions is that (1) CR 138 contains some language that is not present in the motion Zinnel filed in this case; and (2) the language of some of the argument headings has been changed, but the substance of the arguments are identical.

1

1153–54 (E.D. Cal. 2001), *citing Arizona v. California*, 460 U.S. 605 (1983).  Zinnel has provided no reason or authority for this Court to discard its previous determination, particularly where there is a pending Ninth Circuit appeal in the garnishment action.

      Thus, this Court should deny the motion for judicial determination.

Dated:  August 12, 2022

PHILLIP A. TALBERT
United States Attorney

By: /s/ *Audrey B. Hemesath*
AUDREY B. HEMESATH
Assistant United States Attorney