1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STEVEN  ZINNEL
11 Verdin Lane
Aliso Viejo, CA  92656

In pro se





**FILED**

AUG 19 2022

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

STEVEN ZINNEL,

    Defendant.

Case No.: 2: 1 1-cr-00234-TLN

**DEFENDANT STEVEN ZINNEL'S
REPLY TO OPPOSITION [ECF #713] TO
MOTION FOR JUDICIAL DETERMINATION
OF AMOUNT DUE**

<u>Hearing</u>

Taken under submission

Judge:   Troy L. Nunley

     Defendant Steven Zinnel ("Zinnel") hereby Replies to the Government's Opposition to Motion for Judicial Determination of Amount Due (ECF #713) as follows:

     On a clarification matter, as this Reply cites court-filings in different cases filed in the United States District Court, Eastern District of California, (Sacramento), Zinnel will refer to court-filings in the cases:

- *United States v. Steven Zinnel*, Case No. 2:11-cr-00234-TLN as "**Criminal Case**;"

- *United States v. Steven Zinnel / TD Ameritrade*, Case No. 2:21-mc-00098-TLN-AC as "**Misc. Case #1**;"

- *United States v. Steven Zinnel / David Zinnel, Castana Trust* Case No. 2:21-mc-00143-TLN-AC as "**Misc. Case #2**;"

1    Further, so the appellate record is clear, it must be clear that biased Judge Troy L. Nunley

2    ruled on the government's motion for extension of time to file an opposition the same day on July

3    29, 2022 (see Criminal Case ECF nos. 710 & 710), but yet biased Judge Troy L. Nunley has not

4    ruled on Zinnel's Motion to E-File filed on July 6, 2022; 40 days ago. (See Criminal Case, ECF

5    #706).

6                                    **ARGUMENT**

7            The government ignores that at any time, alleged judgment debtor Zinnel can and will, file

8    motions for a judicial determination for the amount outstanding in this Criminal Case.   The

9    government cites no authority to the contrary.  The government is correct that Zinnel filed a Notice

10   of Appeal in the first Garnishment case that is still pending.  (See Misc. Case #1, ECF nos. 151, 152

11   & 153).  Zinnel is quite confident that District Court Judge Troy L. Nunley and Magistrate Judge

12   Allison Claire will be completely reversed on appeal by the Ninth Circuit Court of Appeals. As

13   Zinnel told Judge Troy L. Nunley and the government lawyers at his resentencing in May 2019, this

14   case could have and would have ended in May 2019 if the right sentence of time-served was

15   imposed, but it could and would be litigated for the next decade or so if necessary. Zinnel will be

16   filing a 28 U.S.C. 2255 to vacate the convictions in this Criminal Case, within the statutory time

17   provided, and seek again to seek the Disqualification Judge Troy L. Nunley under 28 U.S.C. § 455

18   based on his bias against Zinnel and in favor of the government and Zinnel will fully prosecute the

19   pending appeal in Misc. Case #1. (See Misc. Case #1, ECF nos. 151, 152 & 153).

20           Nevertheless, Zinnel's Motion for Judicial Determine of Amount Due in this Criminal Case

21   remains ripe for a court order **and** an appeal of that order.

22           On July 18, 2022, Judge Troy L. Nunley issued an order, **albeit erroneously**, titled "Order

23   Adopting Findings and Recommendations for Final Order of Garnishment." (See Misc. Case #1,

24   ECF 149 and Exhibit A attached hereto). wherein Judge Nunley Found and Ordered in relevant part:

25

26       •  TD Ameritrade Clearing, Inc. ("Garnishee") shall pay the Clerk of the United States
            District Court $1,012,047.08 of the funds held by Garnishee within fifteen (15) days
27          of the filing of this Order [by August 2, 2022];

28

---

- Garnishee shall pay $150,000.00 to the United States Department of Justice via a single payment within fifteen (15) days of the filing of this Order and send the payment in the form of a cashier's check, money order, or company draft made payable to "United States Department of Justice" [by August 2, 2022];

- The garnishment shall terminate when Garnishee has paid the **$1,162,047.08** as directed in paragraphs 2-4 above [by August 2, 2022];

- The Court shall retain jurisdiction to resolve matters through ancillary proceedings in the case, if necessary.  (see Misc. Case #1, ECF 149).

As detailed in Zinnel's Motion for Judicial Determination, during the Settlement Conference on June 3, 2022 in Misc. Case #1, the government stipulated that the Maximum that Zinnel owes in this Criminal Case, subject to further litigation and judicial review, is **$1,162,047.08.** (see Misc. Case #1, ECF #134).

All parties agree that there was sufficient funds in the subject TD Ameritrade Clearing, Inc. IRA of Ardith Ferris to pay the $1,162,047.08 ordered.  TD Ameritrade Clearing, Inc. was ordered to pay the government **$1,162,047.08** by August 2, 2022.  (See Misc. Case #1, ECF 149 and Exhibit A attached hereto).

As of the date of this Reply of August 15, 2022, thirteen (13) days have past since the August 2, 2022 court-ordered deadline that TD Ameritrade, Inc, was ordered to pay the **$1,162,047.08** which fully satisfies the Maximum Amount the government agreed on the record is owed in the Criminal Case.  As stated on the record, during the June 3, 2022 Settlement Conference, Zinnel maintains, and continues to litigate that he does not owe $1,162,047.08 and in fact the government owes Zinnel **$ 135,310.14** because the government  has over-collected of the court-ordered restitution and fine.

Notwithstanding, Zinnel's current Motion (ECF# 705) seeks a judicial determination that as of August 15, 2022, the government has collected the absolute maximum that it agreed on the record on June 3, 2022 that is owed of **$1,162,047.08** and that **as of August 15, 2022, Zinnel owes no restitution, fine, forfeiture, or special assessment in this Criminal Case.**

Fighting for what is Right…Seeking Justice in an unjust case,

_____

Steven Zinnel, In Pro Se                                    Dated:  August 15, 2022

# EXHIBIT A

1
2
3
4
5
6
7
8                     UNITED STATES DISTRICT COURT

9                     EASTERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,              Case No. 2:21-mc-00098-TLN-AC

12              Plaintiff,                   **ORDER ADOPTING FINDINGS AND**
                                            **RECOMMENDATIONS FOR FINAL**
13         v.                               **ORDER OF GARNISHMENT**

14   STEVEN ZINNEL,                          Criminal Case No. 2:11-cr-00234-TLN

15              Debtor.

16   _____

17   TD AMERITRADE CLEARING, INC.,
     (and its Successors and Assignees)
18

19              Garnishee.

20   _____

21         Defendant-debtor Steven Zinnel ("Defendant") proceeds in this action pro se. The matter was

22   referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

23         On June 13, 2022, the magistrate judge filed findings and recommendations for a final order of

24   garnishment herein which were served on the parties and which contained notice to the parties that any

25   objections to the findings and recommendations were to be filed within fourteen days. (ECF No. 137.)

26   Defendant filed objections to the findings and recommendations on June 30, 2022. (ECF No. 138.) On

27   July 11, 2022, the United States filed a response to Defendant's objections. (ECF No. 147.)

28   ///

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS                    1
FOR FINAL ORDER OF GARNISHMENT

1    The Court has reviewed the file and concludes that the findings and recommendations are

2  supported by the record and by the magistrate judge's analysis.

3    Accordingly, IT IS HEREBY ORDERED THAT:

4    1.    Defendant's objections (ECF No. 138) are OVERRULED and the Findings and

5  Recommendations for Final Order of Garnishment (ECF No. 137) are ADOPTED IN FULL;

6    2.    TD Ameritrade Clearing, Inc. ("Garnishee") shall pay the Clerk of the United States

7  District Court $1,012,047.08 of the funds held by Garnishee within fifteen (15) days of the filing of this

8  Order.  Payment shall be made in the form of a cashier's check, money order, or company draft, made

9  payable to the "Clerk of the Court", and delivered to:

10                    Office of the Clerk
                      501 I St., Rm. 4-200
11                    Sacramento, CA 95814

12  The criminal docket number (2:11-cr-00234-TLN) shall be stated on the payment instrument;

13    3.    The United States shall recover a $150,000.00 litigation surcharge pursuant to 28 U.S.C.

14  § 3011(a) and the United States' agreement to reduce its litigation surcharge to $150,000;

15    4.    Garnishee shall pay $150,000.00 to the United States Department of Justice via a single

16  payment within fifteen (15) days of the filing of this Order and send the payment in the form of a

17  cashier's check, money order, or company draft made payable to "United States Department of Justice"

18  and delivered to:

19                    U.S. Department of Justice
                      Nationwide Central Intake Facility
20                    P.O. Box 790363
                      St. Louis, MO 63179-0363
21

22  "CDCS Number 2015A03982" shall be stated on the face of the payment instrument;

23    5.    Garnishee shall hold any remaining funds after full payment of $1,162,047.08 has been

24  made to the Clerk and the United States as set forth in paragraphs 2-4 above, pending further order of

25  the Court;

26    6.    The Court shall retain jurisdiction to resolve matters through ancillary proceedings in the

27  case, if necessary; and

28  ///

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS                    2
FOR FINAL ORDER OF GARNISHMENT

7.     The garnishment shall terminate when Garnishee has paid the $1,162,047.08 as directed in paragraphs 2-4 above.

IT IS SO ORDERED.

**DATED:  July 15, 2022**

Troy L. Nunley
United States District Judge

1

2

## <u>CERTIFICATE OF SERVICE</u>

3      I hereby certify that at the date of service, I was over the age of 18. I further certify that on

4   the date specified executed below, I served the foregoing document(s) on the following persons

5   and/or organization:

6

7   Audrey B. Hemesath                           Kenneth Gregory Peterson
    Lynn Trinka Ernce                            K. Greg Peterson, APC
8   United States Attorney's Office              455 Capitol Mall, Suite 325
    501 I Street, Suite 10-100                   Sacramento, CA 95814
9   Sacramento, CA 95814

10  Attorneys for the United States of America   Attorneys for David Zinnel

11  Christopher Stecher, Esq.
    Keesel, Young & Logan
12  450 Pacific Avenue #3
    San Francisco, CA 94133
13

14  Email: christopher.stecher@kyl.com

15  Attorneys for TD Ameritrade Clearing, Inc.

16      I further certify I served the foregoing document(s) by the following method checked:

17

18  ☑ **BY MAIL**: I deposited such envelope in a U.S. Mail receptacle, with postage prepaid,
         and addressed as above described.
19

20  [ ] **BY ELECTRONIC MAIL**: I caused such documents listed above to be transmitted via
21          electronic mail to the e-mail address(es) as above described.

22      Executed on **<u>August 15, 2022</u>**, at Aliso Viejo, California. I certify under penalty of perjury

23  under the laws of the United States of America that the foregoing is true and correct.

24

25

26  _____
    Steven Zinnel
27  11 Verdin Lane
    Aliso Viejo, CA  92656
28