1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                          EASTERN DISTRICT OF CALIFORNIA

10

11    UNITED STATES OF AMERICA,                No. 2:11-cr-00234-TLN

12                 Plaintiff,

13          v.                                  **ORDER**

14    STEVEN ZINNEL,

15                 Defendant.

16

17          The Court has reviewed Defendant's Motion for Judicial Determination of Amount Due

18   and related briefing thereto.  (ECF No. 705.)  The Court DENIES Defendant's motion as it is

19   duplicative of a motion Defendant filed in his related garnishment action that the Court already

20   resolved and Defendant appealed.  (*See* 2:21-mc-00098-TLN-AC.)

21          The Court has also reviewed Defendant's *Ex Parte* Application to Use the Court's

22   Electronic Filing System.  (ECF No. at 706.)  Under the Court's Local Rules, any person

23   appearing *pro se* may not use electronic filing except with permission of the assigned Judge or

24   Magistrate Judge.  E.D. Cal. L.R. 133(b)(2).  Defendant has not persuaded the Court that there is

25   good cause to allow him to use the Court's electronic filing system.  The Court also notes that an

26   identical request was denied in the related garnishment action.  Accordingly, the Court DENIES

27   Defendant's *ex parte* application.

28   ///

1

1          IT IS SO ORDERED.

2     **DATED:  September 8, 2022**

3                                                                Troy L. Nunley
                                                              United States District Judge

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28